UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/28/20

------------------------------------------------------------x

INVISIONAPP INC..,

                        **Plaintiffs,**

-against-

1:20-cv-05696 (ALC)

**ORDER**

WYNN NETHERLAND AND ELASTIC
PROJECTS INC. D/B/A ABSTRACT,

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' proposed order of dismissal. If Plaintiff wishes to voluntarily dismiss this case, the parties should file a stipulation of dismissal pursuant to Fed. R. Civ. Civ. P. 41(a)(1)(A)(ii).

**SO ORDERED.**

**Dated:** August 28, 2020

     New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**